UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Jon-Paul Guitard

        v.        Civil No. 11-cv-194-PB

NH Department of Corrections, et al

O R D E R

It has been brought to our attention that the issuance date on document #16, Order approving the Report and Recommendation is wrong. The correct date of the order should be December 19, 2011.

SO ORDERED.

July 27 , 2012        /s/ Paul Barbadoro
        Paul Barbadoro
        United States District Judge

cc:    Counsel of Record
        Jon-Paul Guitard, Pro Se