UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Jon-Paul Guitard</u>

             v.                        Civil No. 11-cv-194-PB

<u>NH Department of Corrections, et al</u>


<u>O R D E R</u>

It has been brought to our attention that the issuance date on document #16, Order approving the Report and Recommendation is wrong. The correct date of the order should be December 19, 2011.


SO ORDERED.


July 27 , 2012                                <u>/s/ Paul Barbadoro</u>
                                                                    Paul Barbadoro
                                                                    United States District Judge


cc:     Counsel of Record
        Jon-Paul Guitard, Pro Se